USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACKENZIE FORREST,

                Plaintiff,

-against-

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al.,

                Defendants.

24-CV-01034 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of (1) a letter from Defendant The Trustees of Columbia University in the City of New York ("Columbia"), dated February 23, 2024, requesting that the above-captioned case be designated as related to *Students Against Antisemitism, Inc. et al. v. The Trustees of Columbia University in the City of New York et al.*, No. 24-cv-01306 (the "*SSA* action"), (2) a response letter from the plaintiffs in the *SSA* action, dated February 26, 2024, opposing that request, and (3) a reply letter from Columbia, dated February 26, 2024, in further support of its request to designate this case as related to the *SSA* action. Having reviewed the letters, the Court DENIES the request to designate the two cases as related.

      However, both the above-captioned case and the *SSA* action will be referred to Magistrate Judge Netburn for general pre-trial supervision. Magistrate Judge Netburn will coordinate all scheduling and management of discovery in both cases. Accordingly, it is hereby ORDERED that this case is referred to Magistrate Judge Netburn for general pre-trial supervision.

Dated: February 28, 2024

      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge