USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACKENZIE FORREST,

                Plaintiff,

-against-

TRUSTEES OF COLUMBIA UNIVERSITY et al.,

                Defendants.

24-CV-01034 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of an April 29, 2024, letter from Defendant, Trustees of Columbia University in the City of New York ("Columbia"), requesting that the above-captioned case be designated as related to three other cases against Columbia: *Students Against Antisemitism, Inc. v. Trustees of Columbia University*, No. 24 Civ. 1306 (S.D.N.Y. filed Feb. 21, 2024) (hereinafter, the "*SAA* action"); *Doe v. Columbia University*, No. 24 Civ. 2870 (S.D.N.Y. filed Apr. 16, 2024); and *C.S. v. Trustees of Columbia University*, No. 24 Civ. 3232 (S.D.N.Y. filed Apr. 29, 2024). *See* Dkt. No. 27. The Court is also in receipt of a May 1, 2024, letter from the plaintiffs in the *SAA* action opposing the request. Dkt. No. 28. The Court previously denied a similar request to designate the above-captioned case as related to the *SAA* action. Dkt. No. 13.

      Having reviewed the letters and the complaints filed in the other cases, the Court again finds that the cases do not meet the District's standard for relatedness. *See* R. 13(a)(2)(A), Rules for the Division of Business Among District Judges, Southern District of New York ("Civil cases shall not be deemed related merely because they involve common legal issues or the same parties."). Accordingly, Columbia's request is DENIED.

Dated: May 1, 2024
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge