# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL      929.294.2536
DIRECT EMAIL     gtenzer@heckerfink.com

August 13, 2024

**BY CM/ECF**

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Forrest v. Trustees of Columbia University in the City of New York*, No. 1:24-cv-01034 (MMG) (SN) (S.D.N.Y.)

Dear Judge Netburn:

    We represent Defendants Trustees of Columbia University in the City of New York ("Columbia"), Minouche Shafik, and Elizabeth Creel in the above-captioned action. At the direction of Chambers, we are writing on behalf of the parties to respectfully request a conference at Your Honor's soonest convenience to discuss the status of the parties' settlement discussions and Defendants' August 19, 2024 deadline to answer or respond to the complaint.

                        Respectfully submitted,

                        Gabrielle E. Tenzer

cc: All Counsel of Record