**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024

**MACKENZIE FORREST,**

                        **Plaintiff,**

        **-against-**

**TRUSTEES OF COLUMBIA UNIVERSITY, et al.,**

                      **Defendants.**

-------------------------------------------------------------------X

**24-CV-01034 (MMG)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

As discussed during the August 16, 2024 conference, by September 18, 2024, the Defendants, other than Andre Ivanoff, shall file either a stipulation of dismissal, a response to the complaint, or a motion to enforce settlement. Defendant Andre Ivanoff's deadline to answer or otherwise respond to the complaint is STAYED pending further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      August 19, 2024
             New York, New York