UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACKENZIE FORREST,<br><br>    *Plaintiff,*<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, MINOUCHE SHAFIK, ANDRE IVANOFF, and ELIZABETH CREEL,<br><br>    *Defendants.* | Case No. 24-cv-1034-MMG |

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4, Eric R. Levine of Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. hereby respectfully moves the Court for permission to withdraw as counsel of record for plaintiff Mackenzie Forrest in the above-captioned action. Ms. Forrest will be represented by incoming counsel Willkie Farr & Gallagher LLP and will also continue to be represented by Ziporah Reich of the Lawfare Project. Because a stipulation of substitution of counsel, signed by Ms. Forrest, has been filed with the Court (ECF Docket No. 52), an accompanying affidavit is unnecessary. *See* Local Civil Rule 1.4

Dated: New York, New York
       November 11, 2024

                                                 EISEMAN LEVINE LEHRHAUPT &
                                                 KAKOYIANNIS, P.C.

                                                 By: _____
                                                      Eric R. Levine
                                                 805 Third Avenue
                                                 New York, New York 10022
                                                 212-752-1000
                                                 elevine@eisemanlevine.com
                                                 *Withdrawing Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2024 the foregoing Motion to Withdraw as Counsel was served upon: (i) all counsel of record via electronic filing and (ii) upon plaintiff Mackenzie Forrest by first-class mail and electronic mail.

*/s/ Eric R. Levine*
Eric R. Levine