**WILLKIE FARR & GALLAGHER** LLP

300 North LaSalle
Chicago, IL 60654-3406
Tel: 312 728 9000
Fax: 312 728 9199

January 24, 2025

**VIA CM/ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *Forrest v. Trustees of Columbia University in the City of New York*, No. 24 Civ. 1034 (MMG) (SN) (S.D.N.Y.)

Dear Judge Netburn:

  We write on behalf of all parties in anticipation of the settlement conference scheduled for January 31, 2025.

  Pursuant to Rule 5 of this Court's Procedures for Cases Referred to Settlement (the "Procedures"), the parties agree and respectfully request that three individuals be permitted to attend remotely: Plaintiff Mackenzie Forrest, her Chicago-based co-counsel (Debra Bogo-Ernst), and Defendant Dr. Andre Ivanoff. Physical limitations, travel logistics and expenses will incur a burden on these three individuals if they are required to attend in person, and they respectfully submit that no prejudice will occur due to their remote attendance. All three individuals will be fully engaged in the settlement conference. Moreover, Ms. Reich as co-counsel for Plaintiff, Dr. Ivanoff's counsel, Columbia's counsel, and a representative from Defendant Columbia will appear in person.

  If the Court approves these requests for a portion of the group to appear remotely, the parties will make the necessary arrangements with the Court's staff to bring laptops to the settlement conference so the Court can communicate via Zoom with the individuals appearing remotely. The parties believe that a conference will require three separate rooms at the courthouse: one for Plaintiff and her counsel, one for Columbia and its counsel, and one for Dr. Ivanoff's counsel.

  In addition, the parties respectfully request to be excused from filing the *Ex Parte* Settlement Letter required by Rule 3 of this Court's Procedures, given the recent briefing on Defendant Columbia's motion to enforce the settlement term sheet. If the Court disagrees, the parties will file their respective letters by the Court's Wednesday, January 29, 2025 deadline. ECF 78.

  The parties are available to provide any other information as needed to facilitate the logistics of the conference and look forward to meeting with the Court on January 31, 2025.

83887732.1

        Respectfully submitted,

        **WILLKIE FARR & GALLAGHER LLP**
        /s/ *Debra Bogo-Ernst*          .
        Debra Bogo-Ernst

cc:    All counsel of record (via ECF)