**WILLKIE FARR & GALLAGHER LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2025
```

January 24, 2025

**VIA CM/ECF**
The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *Forrest v. Trustees of Columbia University in the City of New York*, No. 24 Civ. 1034 (MMG) (SN) (S.D.N.Y.)

Dear Judge Netburn:

  We write on behalf of all parties in anticipation of the settlement conference scheduled for January 31, 2025.

  Pursuant to Rule 5 of this Court's Procedures for Cases Referred to Settlement (the "Procedures"), the parties agree and respectfully request that three individuals be permitted to attend remotely: Plaintiff Mackenzie Forrest, her Chicago-based co-counsel (Debra Bogo-Ernst), and Defendant Dr. Andre Ivanoff. Physical limitations, travel logistics and expenses will incur a burden on these three individuals if they are required to attend in person, and they respectfully submit that no prejudice will occur due to their remote attendance. All three individuals will be fully engaged in the settlement conference. Moreover, Ms. Reich as co-counsel for Plaintiff, Dr. Ivanoff's counsel, Columbia's counsel, and a representative from Defendant Columbia will appear in person.

  If the Court approves these requests for a portion of the group to appear remotely, the parties will make the necessary arrangements with the Court's staff to bring laptops to the settlement conference so the Court can communicate via Zoom with the individuals appearing remotely. The parties believe that a conference will require three separate rooms at the courthouse: one for Plaintiff and her counsel, one for Columbia and its counsel, and one for Dr. Ivanoff's counsel.

---

The request for Mackenzie Forrest, Debra Bogo-Ernst, and Dr. Andre Ivanoff to appear remotely at the January 31, 2025 Settlement Conference is GRANTED. The request to be excused from filing *Ex Parte* Settlement Letters is DENIED. The parties are directed to file their *Ex Parte* Settlement Letters by January 29, 2025.
**SO ORDERED.**

            /s/ Sarah Netburn
            SARAH NETBURN
            United States Magistrate Judge

Dated: January 27, 2025
    New York, New York

83887732.1

                                                            Respectfully submitted,

                                                            **WILLKIE FARR & GALLAGHER LLP**
/s/ *Debra Bogo-Ernst*          .
Debra Bogo-Ernst

cc:      All counsel of record (via ECF)