UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MACKENZIE FORREST,

                                   **Plaintiff,**                        24-CV-01034 (MMG)(SN)

             **-against-**                                               **ORDER**

TRUSTEES OF COLUMBIA UNIVERSITY, et al.,

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The deadline for Defendants to file a motion to dismiss Plaintiff's Amended Complaint is ADJOURNED from February 7, 2025, to March 21, 2025.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        January 31, 2025
                  New York, New York