

February 5, 2025

*Via ECF*

The Honorable Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Forrest v. Trustees of Columbia University in the City of New York</u>, No. 24-CV-01034 (MMG) (SN)

Dear Judge Netburn:

We represent Defendant Andre Ivanoff in the above-referenced matter. We write seeking clarification of Your Honor's Order, dated January 31, 2025, adjourning "the deadline for Defendants to file a motion to dismiss" from February 7, 2025 until March 21, 2025. *See* ECF 85. We respectfully request that the current deadline of February 7, 2025 (*see* ECF 60, granting ECF 57 Letter Motion for Extension of Time) to answer, move or otherwise respond to the Amended Complaint be adjourned to March 21, 2025. Defendant Columbia and Plaintiff do not oppose this request.

Thank you in advance for your time and consideration.

                                                                                     Respectfully submitted,

                                                                                     _____/s/_____
                                                                                    Silvia L. Serpe
                                                                                    SERPE LLC
                                                                                  16 Madison Sq. West
                                                                                  New York, NY 10010
                                                                                  sserpe@serpellc.com
                                                                                  212-257-5010

                                                                                  *Counsel for Defendant Andre Ivanoff*