```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MACKENZIE FORREST,

                          Plaintiff,

      -against-

TRUSTEES OF COLUMBIA UNIVERSITY, et al.,

                        Defendants.

------------------------------------------------------------X

24-CV-01034 (MMG)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

      The case is STAYED for three weeks, and all deadlines are adjourned pending further order of the Court, including Defendants' deadline to respond to Plaintiff's Amended Complaint. As soon as possible, and not later than March 26, 2025, the Defendants shall file a letter on the docket indicating their availability to continue settlement discussions.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:     March 5, 2025
               New York, New York