UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2025

MACKENZIE FORREST,

                                          Plaintiff,            24-CV-01034 (MMG)(SN)

                  -against-                                     **ORDER**

TRUSTEES OF COLUMBIA UNIVERSITY, et al.,

                                          Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The Court has been advised that the parties have reached a settlement agreement. The

parties shall either file a joint status letter or a stipulation of dismissal by June 27, 2025.

**SO ORDERED.**

                                          _____
                                          SARAH NETBURN
                                          United States Magistrate Judge

DATED:        May 29, 2025
              New York, New York