UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACKENZIE FORREST, <br><br> *Plaintiff,* <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, MINOUCHE SHAFIK, ANDRE IVANOFF, ELIZABETH CREEL, and MELISSA BEGG <br><br> *Defendants.* | Case No. 1:24-cv-01034 (MMG) (SN) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Mackenzie Forrest voluntarily dismisses the above-captioned action with prejudice as against each of the defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 12, 2025
      New York, New York

                                      */s/ Debra Bogo-Ernst*
                                      Debra Bogo-Ernst
                                      WILLKIE FARR & GALLAGHER LLP
                                      300 North LaSalle Drive
                                      Chicago, IL 60654-3406
                                      Tel. (312) 728-9062
                                      dernst@willkie.com


                                      */s/ Ziporah Reich*
                                      Ziporah Reich
                                      THE LAWFARE PROJECT LLP
                                      633 Third Avenue, 21st Floor
                                      New York, NY 10017
                                      (212) 339-6995
                                      Ziporah@TheLawfareProject.org

                                      *Counsel for Plaintiff Mackenzie Forrest*