### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

MACKENZIE FORREST,

                    *Plaintiff,*

          v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK, MINOUCHE SHAFIK, ANDRE
IVANOFF, ELIZABETH CREEL, and
MELISSA BEGG

                    *Defendants.*

Case No. 1:24-cv-01034 (MMG) (SN)

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Mackenzie Forrest voluntarily dismisses the above-captioned action with prejudice as against each of the defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 12, 2025
       New York, New York

SO ORDERED.  Dated June 16, 2025.

HON. MARGARET M. GARNTETT
UNITED STATES DISTRICT JUDGE

*/s/ Debra Bogo-Ernst*
Debra Bogo-Ernst
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, IL 60654-3406
Tel. (312) 728-9062
dernst@willkie.com

*/s/ Ziporah Reich*
Ziporah Reich
THE LAWFARE PROJECT LLP
633 Third Avenue, 21st Floor
New York, NY 10017
(212) 339-6995
Ziporah@TheLawfareProject.org

*Counsel for Plaintiff Mackenzie Forrest*